IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOANNE HUGHES-ROBINSON, et al.,

    Plaintiffs,                  No. CIV S-04-0247 FCD KJM PS

  vs.

TOM CAREY, et al.,               <u>ORDER</u>

    Defendants.

_____/

    Plaintiff Joanne Hughes Robinson has requested a continuance of the pretrial conference. Plaintiff's vague references to medical problems are insufficient to show good cause for the requested continuance. Moreover, no showing has been made that plaintiff has contacted defense counsel regarding this request, nor is any explanation offered as to why co-plaintiff cannot appear at the pretrial conference. Accordingly, IT IS HEREBY ORDERED that the request for continuance of the pretrial conference is denied.

DATED: September 13, 2005.

                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE

006 hughes-robinson.den