1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| **JOANNE HUGHES-ROBINSON, et al.,** | CIV S-04-0247 FCD KJM PS |
| Plaintiffs, | **ORDER** |
| **v.** | |
| **TOM CAREY, et al.,** | |
| Defendants. | |

17

18          GOOD CAUSE APPEARING THEREFOR, Defendants' request for a 30 day

extension of time, to and including, February 14, 2006, to serve and file a motion for summary

judgment is granted.  The motion shall be noticed for hearing no later than March 22, 2006 at

10:00 a.m. before Magistrate Judge Kimberly J. Mueller.

22

Dated: January 19, 2006                     /s/ Frank C. Damrell Jr.
                                            The Honorable Frank C. Damrell, Jr.
                                            US District Judge

24
25
26
27
28

[Proposed] Order

1