IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOANNE HUGHES-ROBINSON, et al.,

        Plaintiffs,                No. CIV S-04-0247 FCD KJM PS

   vs.

TOM CAREY, et al.,                 <u>ORDER</u>

        Defendants.

_____/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). Pending before the court is defendants' motion for summary judgment. No opposition was timely filed and hearing on the matter was continued after plaintiffs were afforded additional time to file opposition. Plaintiffs again did not file opposition. Plaintiffs also did not appear at the hearing on April 26, 2006, but called the court at the time of the hearing to advise the court they were on their way to attend the hearing but were delayed by traffic. Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiffs shall file opposition, if any, to the motion no later than May 8, 2006. No further extensions will be granted. Failure to file opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

1         2.  Reply, if any, shall be filed no later than May 22, 2006.  The motion will
2  thereafter stand submitted.
3  DATED: April 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
hughes-rob.git