IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOANNE HUGHES-ROBINSON, et al.,

    Plaintiffs,　　　　　　　　　　No. CIV S-04-0247 FCD KJM PS

  vs.

TOM CAREY, et al.,

    Defendants.　　　　　　　　　　<u>ORDER</u>

_____/

       Plaintiffs, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

       On May 12, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. Objections to the findings and recommendations have been filed.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

1 Accordingly, IT IS HEREBY ORDERED that:

2     1. The findings and recommendations filed May 12, 2006, are adopted in full; and

3     2. This action is dismissed with prejudice.

4 DATED: May 30, 2006

          /s/ Frank C. Damrell Jr.
          FRANK C. DAMRELL JR.
          United States District Judge